# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**DENNIS JAMES SMITH, SR.**
**ADC #120631**                                                                                           **PLAINTIFF**

**5:09CV00307 BSM/HLJ**

**GEORGE EDWARD BARNES, SR.**                                                     **DEFENDANT**

## ORDER

Plaintiff Dennis James Smith moves for reconsideration (Doc. No. 21) of the December 22, 2009, order and judgment (Doc. Nos. 14, 15) dismissing this case with prejudice for failure to state a claim. To the extent that Smith's motion can be construed as a motion for reconsideration pursuant to Federal Rule of Civil Procedure 59(e) or 60, it is denied.

IT IS SO ORDERED this 22nd day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE